HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700/Facsimile: (916) 498-5710
Noa_Oren@fd.org

Attorney for Defendant
JOSE LUIS ANAYA-QUEZADA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 15-cr-057 JAM |
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE |
| | ) STATUS CONFERENCE AND EXCLUDE |
| v. | ) TIME |
| | ) |
| JOSE LUIS ANAYA-QUEZADA, | ) Date:  July 7, 2015 |
| | ) Time: 9:15 a.m. |
| Defendant. | ) Judge: John A. Mendez |
| | ) |

IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney, through Katherine Lydon, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender, Noa E. Oren, attorney for Jose Luis Anaya-Quezada, that the status conference scheduled for June 9, 2015 be vacated and continued to July 7, 2015 at 9:15 a.m.

The reason for the continuance is to allow defense counsel to consult further with her client about discovery.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including July 7, 2015;  pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

| | | |
|---|---|---|
| 1 | DATED:  June 5, 2015 | Respectfully submitted, |
| 2 | | HEATHER E. WILLIAMS |
| 3 | | Federal Defender |
| 4 | | */s/ Noa Oren* |
| | | NOA OREN |
| 5 | | Assistant Federal Defender |
| | | Attorney for |
| 6 | | JOSE LUIS ANAYA-QUEZADA |
| 7 | DATED:  June 5, 2015 | BENJAMIN WAGNER |
| 8 | | United States Attorney |
| 9 | | */s/ Katherine Lydon* |
| | | KATHERINE LYDON |
| 10 | | Assistant U.S. Attorney |
| 11 | | Attorney for Plaintiff |

# ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including July 7, 2015, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the June 9, 2015 status conference shall be continued until July 7, 2015, at 9:15 a.m.

DATED: June 5, 2015

/s/ John A. Mendez
Hon. John A. Mendez
United States District Court Judge