BENJAMIN B. WAGNER
United States Attorney
KATHERINE T. LYDON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: 916-554-2722

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE LUIS ANAYA-QUEZADA,<br><br>Defendant. | CASE NO. 2:15-CR-057 JAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: December 1, 2015<br>TIME: 9:15 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through the defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on December 1, 2015.

2. By this stipulation, the defendant now moves to continue the status conference until January 12, 2016, and to exclude time between December 1, 2015, and January 12, 2016, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes 156 pages of discovery, primarily taken from the defendant's immigration file. This discovery has been produced to counsel for the defendant.

    b) Counsel for the defendant desires additional time to investigate his client's case. In particular, the defendant's counsel desires time to review the police reports in his client's prior

drug cases, which the defendant's counsel believes could have some relevance to these proceedings. Defense counsel also requires time to prepare and confer with his client regarding strategy and potential avenues of resolution of the case.

      c)     Counsel for the defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, consideration of potential resolutions, and consultation with his client, taking into account the exercise of due diligence.

      d)     The government does not object to and joins the request for the continuance.

      e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 1, 2015 to January 12, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  November 25, 2015                        BENJAMIN B. WAGNER
                                                    United States Attorney

                                                   /s/ *Katherine T. Lydon*
                                                   KATHERINE T. LYDON
                                                   Assistant United States Attorney

Dated:  November 25, 2015

*/s/ Berndt Ingo Brauer (by Katherine Lydon with permission)*

BERNDT INGO BRAUER
Counsel for Defendant
Jose Luis Anaya-Quezada

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 25th day of November, 2015.

/s/ JOHN A. MENDEZ
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE